**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| VICTORIA CHRISTOPHER,<br><br>                    Petitioner,<br><br>          v.<br><br>THE PEOPLE,<br><br>                    Respondent. | Case No. 2:25-cv-8303-WLH-SP<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed petitioner's motion, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that petitioner's motion to stay and abey the case is denied, and Judgment will be entered summarily dismissing this action without prejudice.

Dated: June 30, 2026

_____
HONORABLE WESLEY L. HSU
UNITED STATES DISTRICT JUDGE