**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

VICTORIA CHRISTOPHER,

Petitioner,

v.

THE PEOPLE,

Respondent.

Case No. 2:25-cv-08303-WLH-SP

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: June 30, 2026



HONORABLE WESLEY L. HSU
UNITED STATES DISTRICT JUDGE